**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

JUL 08 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLAN WAYNE HILTON, a/k/a Alan Wayne Hilton, a/k/a Terry L. Leonard, a/k/a Allen Wayne Hilton<br><br>*Defendant.* | SEALED<br><br>Case No. **CR 25-129 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FAILURE TO REGISTER AS SEX OFFENDER
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), 2250(a)(2)(B), & 2250(a)(3)]

Beginning on or about June 20, 2023, and continuing until on or about June 10, 2025, in the Eastern District of Oklahoma, the Defendant, **ALLAN WAYNE HILTON, a/k/a Alan Wayne Hilton, a/k/a Terry L. Leonard, a/k/a Allen Wayne Hilton**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having been convicted in the Circuit Court of Miller County, Arkansas for three (3) counts of Rape, in case number CR-91-32-1, on February 25, 1993, entered, left, and resided in Indian country and knowingly failed to update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), 2250(a)(2)(B), and 2250(a)(3).

## COUNT TWO

### FAILURE TO REGISTER AS SEX OFFENDER
### [18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), 2250(a)(2)(B), & 2250(a)(3)]

Beginning on or about June 20, 2023, and continuing until on or about June 10, 2025, in the Eastern District of Oklahoma, the Defendant, **ALLAN WAYNE HILTON, a/k/a Alan Wayne Hilton, a/k/a Terry L. Leonard, a/k/a Allen Wayne Hilton**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having been conviction in the Circuit Court of Miller County, Arkansas for three (3) counts of Rape, in case number CR-91-32-1, on February 25, 1993, entered, left, and resided in Indian country and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, by residing in a home, either temporarily or permanently, within a two-thousand (2,000) foot radius of any school, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), 2250(a)(2)(B), and 2250(a)(3).

CHRISTOPHER J. WILSON
United States Attorney

_____
EMILY WITTLINGER, PA Bar #326284
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY